UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jamal Bekhtyar, | Case No. 17-cv-1198 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Grayson County Detention Center, United States Marshal's Service, and United States Probation Officer Michael Wilson, | |
| Defendants. | |

---

This matter is before the Court on the June 16, 2017 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (Dkt. 3.) No objections to the Report and Recommendation have been filed. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 16, 2017 Report and Recommendation, (Dkt. 3), is **ADOPTED**.

2. Plaintiff's complaint, (Dkt. 1), is **TRANSFERRED** to the Western District of Kentucky pursuant to 28 U.S.C. § 1406(a).

Dated: August 11, 2017

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge